IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANDON TARELL JOHNSON,  )
                         )
   Petitioner,           )
                         )
v.                       )     CASE NOS. CV420-167
                         )               CR417-003
UNITED STATES OF AMERICA,)
                         )
   Respondent.           )
_____)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed.[1] After careful consideration and review of the record, the report and recommendation (Doc. 2) is **ADOPTED** as the Court's opinion in this case. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED**. The Clerk of Court is **DIRECTED** to close this case. In addition, Defendant is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal.

SO ORDERED this 24th day of September 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV420-167.