GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Revocation of Probation or Supervised Release) |
| Brandon Tarell Johnson | |
| | Case Number: 4:17CR00003-1 |
| | USM Number: 21909-021 |
| | Katie A. Brewington |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | November 29, 2023 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 6672

February 20, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1985

*/s/ R. Stan Baker/*
Signature of Judge

City and State of Defendant's Residence:

Hinesville, Georgia

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

March 3, 2025
Date

DEFENDANT:        Brandon Tarell Johnson
CASE NUMBER:      4:17CR00003-1

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | March 26, 2024 |
| 3 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | June 24, 2024 |
| 4 | You failed to submit to substance abuse testing (special condition). | October 7, 2024 |
| 5 | You failed to notify the probation officer at least ten days prior to any changes in residence or employment (standard condition). | November 8, 2024 |
| 6 | You failed to follow the instructions of the probation officer (standard condition). | October 21, 2024 |
| 7 | You committed another federal, state, or local crime (mandatory condition). | November 19, 2024 |

DEFENDANT: Brandon Tarell Johnson
CASE NUMBER: 4:17CR00003-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>20 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to a Bureau of Prisons facility near Savannah, Georgia. It is further recommended the defendant be given credit for all time served that is not associated with any other sentence.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL